[No. 4706.]

THE POORMAN SILVER MINES OF COLORADO, LIMITED, V. BRYANT.

Opinion Followed.

This cause is reversed on the opinion in the case of The Poorman Silver Mines of Colorado, Limited v. Devling, ante p. 37.

*Appeal from the District Court of Boulder County: Hon. Christian A. Bennett, Judge.*

Mr. HUGH BUTLER and Mr. CHAS. M. CAMPBELL, for appellant.

Mr. H. N. HAWKINS, Mr. JOHN R. WOLFF and Mr. RALPH E. ESTEB, for appellee.

Mr. JUSTICE CAMPBELL delivered the opinion of the court.

Action for damages for personal injuries suffered on account of defendant's negligence. The case, both as to its facts and the law applicable thereto, is similar to *Poorman Silver Mines of Colorado, Ltd., v. Devling,* ante, p. 37. The injuries were received at the same time and in the same accident. Our decision there controls here, and for the reasons there given the judgment rendered for the plaintiff must be reversed, and the cause remanded.

*Reversed.*

CHIEF JUSTICE GABBERT and Mr. JUSTICE STEELE concur.